ACCEPTED
03-15-00402-CV
7716647
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/6/2015 10:47:36 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00402-CV

_____

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

11/6/2015 10:47:36 AM

JEFFREY D. KYLE
Clerk

ANTHONY WEST,
Appellant

V.

DAVID WANNAMAKER,
Appellee

_____

**NOTICE OF DESIGNATION**
**OF LEAD COUNSEL**

1.      In accordance with Tex. R. App. P. 6.1, Appellee, David Wannamaker, hereby gives notice that the undersigned, Joseph Loiacono II, is designated as lead counsel.

2.      All future correspondence, notices, pleadings and orders are to be directed to Mr. Loiacono's attention at the following address:

> Joseph Loiacono II
> State Bar No. 12506450
> WILSON GROSENHEIDER JACOBS
> & LOIACONO, L.L.P.
> 3410 Far West Blvd., Suite 205
> Austin, Texas  78731
> 512/478-1657
> 512/478-9016 (Fax)
> joeloiacono@wgmj.com

3.      In accordance with Tex. R. App. P. 6.1, lead counsel for Appellee at the trial court has also provided his signature on this notice.

Respectfully submitted,

WILSON GROSENHEIDER JACOBS
& LOIACONO, L.L.P.
3410 Far West Blvd., Suite 205
Austin, Texas  78731
512/478-1657; 512/478-9016 (Fax)
johnwilson@wgmj.com

By: /s/ John C. Wilson
     John C. Wilson, P.C.
     State Bar No. 21699000


WILSON GROSENHEIDER JACOBS
& LOIACONO, L.L.P.
3410 Far West Blvd., Suite 205
Austin, Texas  78731
512/478-1657
512/478-9016 (Fax)
joeloiacono@wgmj.com


By: /s/ Joseph Loiacono II
     Joseph Loiacono II
     State Bar No. 12506450

ATTORNEYS FOR DANIEL WANNAMAKER

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing **Notice of Designation of Lead Counsel** to be duly served upon the following parties by the service method indicated below.

**CMRRR 7015 0640 0004 9636 3330**
Anthony West 1152842, *Pro Se*
3899 St. Hwy 98
New Boston, TX  75570

This the 6th day of November, 2015.


/s/ Joseph Loiacono II
Joseph Loiacono II